IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES W. MILLER,
ADC # 105303                                                                          PLAINTIFF

v.                              No. 5:11-cv-192-DPM

SUSAN POTTS, Administrator,
Drew County Jail, and VICKIE
HANNEY, Jailer, Drew County Jail                                          DEFENDANTS

JUDGMENT

Miller's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 January 2012